DATE: __10-08-10__  JUDGE: __TRENGA__
 Reporter: __Sandy Cox w/McCoy__
START: __10:00__
FINISH: __10:11__

Civil Action Number: __1:10cv00969__

__ROBERT C. OTT__

v.

__RIVER PLACE SOUTH HOUSING CORPORATION__

Appearances of Counsel for ( X) Pltf   ( X ) Deft
(   ) Matter is uncontested

__Defendant's [6] Motion to Dismiss__

__Case remanded to Circuit Court for County of Arlington__

Argued:
( X ) Granted   (   ) Denied   (   ) Granted in part/Denied in part
(   ) Taken under advisement

( X ) Order to Follow