FILED
OCT - 8 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT C. OTT | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  No. 1:10cv969 (AJT/JFA) |
| RIVER PLACE SOUTH HOUSING CORPORATION | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss (Doc. No. 6) pursuant to Fed. R. Civ. Proc. 12(b)(6), the memorandum in support thereof, the opposition thereto, the arguments of counsel, and for the reasons stated in open court on October 8, 2010, it is hereby

ORDERED that Defendant's Motion to Dismiss (Doc No. 6) be, and the same hereby is, GRANTED as to any claim asserted under 42 U.S.C. § 1983 or for any constitutional tort; and these claims be, and the same hereby, are dismissed; and it is

FURTHER ORDERED that the case be, and the same hereby is, REMANDED to the Circuit Court for the County of Arlington as to any remaining state law claims.

This order is final.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 8, 2010